Adams, Deceased, Appellants, and Others.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Martha J. O'Malley, Individually and as Trustee of Mary K. Kaufman, under the Last Will and Testament of Isaac C. Fenton, Deceased, Respondent, v. George R. Adams and William Fenton Adams, as Executors, etc., of Emma E. Adams, Deceased, Appellants, and Others.— Judgment and order unanimously affirmed, with costs.

Martha J. O'Malley, Individually and as Trustee of Mary K. Kaufman, under the Last Will and Testament of Isaac C. Fenton, Deceased, Respondent, v. George R. Adams and William Fenton Adams, as Executors, etc., of Emma E. Adams, Deceased, Appellants, and Others.— Motion denied.

The People of the State of New York, Respondent, v. The City of Syracuse, Appellant.— Motion granted.

The People of the State of New York ex rel. James Smith, ex-Sheriff of the County of Erie, Relator, v. Charles H. Gaus, as Comptroller of the State of New York, and the Board of Supervisors of the County of Erie, Respondents.— Submission dismissed, without costs, on the authority of *Woodruff* v. *People* (193 N. Y. 560).

The People of the State of New York v. Natural Carbonic Gas Company.— Motion granted, unless defendant, within ten days from service upon it of copy of this order, withdraw its demurrer and serve an answer, which it is hereby permitted to do, without costs, and unless with the answer it shall serve a stipulation that the case may be tried at the May Albany Trial Term without further notice, unless otherwise directed by the justice presiding at said term.   In case said demurrer be withdrawn and answer served, together with the stipulation above mentioned, motion is denied.   All concurred, except Kellogg, J., dissenting.   Order to be settled by Chester, J.

The People of the State of New York v. Lincoln Spring Company.   The People of the State of New York v. Geysers Natural Carbonic Gas Company.   The People of the State of New York v. New York Carbonic Acid Gas Company.— Motion granted, unless the defendants, within ten days from service upon them of copy of this order, withdraw their demurrer and serve an answer, which they are hereby permitted to do, without costs, and unless with the answer they shall serve a stipulation that the case may be tried at the May Albany Trial Term without further notice, unless otherwise directed by the justice presiding at said term.   In case said demurrer be withdrawn and answer served, together with the stipulation above mentioned, motion is denied.   All concurred, except Kellogg, J., dissenting.   Order to be settled by Chester, J.

Alfred Richards, Respondent, v. Virginia Kidonner and Others, Appellants.— Motion denied.

Charles Sisson, Plaintiff, v. Carroll D. Bassett and Others, Defendants.— Motion denied.

Oakley F. Smith, Respondent, v. Schenectady Railway Company, Appellant. — Order affirmed, with ten dollars costs and disbursements.   All concurred.

George A. Schusler, as Administrator, etc., of Louis Schusler, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Motion denied.